**FILED**

JAN 3 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

**CRB**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MARK EVAN ODELL )
                 )
         Plaintiff, )    CASE NO. **CV 08    0756**
                 )
vs.              )    **PRISONER'S**
                 )    **APPLICATION TO PROCEED**
COUNTY OF BUTTE ,et al. )    **IN FORMA PAUPERIS**
                 )
         Defendant. )

**(PR)**

I, MARL EVAN ODELL        , declare, under penalty of perjury that I am the

plaintiff in the above entitled case and that the information I offer throughout this application

is true and correct. I offer this application in support of my request to proceed without being

required to prepay the full amount of fees, costs or give security. I state that because of my

poverty I am unable to pay the costs of this action or give security, and that I believe that I am

entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes _____ No **X**

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: _____ 0 c _____    Net: _____ 0 0 _____

Employer: _____ 0 0 _____

1    If the answer is "no," state the date of last employment and the amount of the gross and net

2    salary and wages per month which you received.   (If you are imprisoned, specify the last

3    place of employment prior to imprisonment.)

4    _____

5    _____

6    _____

7    2.      Have you received, within the past twelve (12) months, any money from any of the

8    following sources:

9          a.      Business, Profession or            Yes ___ No _✗_

10             self employment

11          b.      Income from stocks, bonds,       Yes ___ No _✗_

12             or royalties?

13          c.      Rent payments?                Yes ___ No _✗_

14          d.      Pensions, annuities, or         Yes ___ No _✗_

15             life insurance payments?

16          e.      Federal or State welfare payments,    Yes ___ No _✗_

17             Social Security or other govern-

18             ment source?

19    If the answer is "yes" to any of the above, describe each source of money and state the amount

20    received from each.

21    _____

22    _____

23    3.     Are you married?                  Yes ___ No _✗_

24    Spouse's Full Name: _____

25    Spouse's Place of Employment: _____

26    Spouse's Monthly Salary, Wages or Income:

27    Gross $_____ Net $_____

28    4.    a.     List amount you contribute to your spouse's support:$ _____

1    b.    List the persons other than your spouse who are dependent upon you for

2          support and indicate how much you contribute toward their support.  (NOTE:

3          For minor children, list only their initials and ages.  DO NOT INCLUDE

4          THEIR NAMES.).

5    _____

6    _____

7    5.    Do you own or are you buying a home?          Yes ____  No __✗__

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?                    Yes ____  No __✗__

10   Make _____ Year _____ Model _____

11   Is it financed? Yes _____ No _____ If so, Total due: $ _____

12   Monthly Payment: $ _____

13   7.    Do you have a bank account?  Yes ____ No __✗__ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s):  $ _____

17   Do you own any cash?  Yes ____  No ____  Amount:  $ _____

18   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

19   market value.)  Yes ____  No ____

20   _____

21   8.    What are your monthly expenses?

22   Rent:  $ _____ ○○ _____ Utilities: _____ ○○ _____

23   Food:  $ _____ ○○ _____ Clothing: _____ ○○ _____

24   Charge Accounts:

25   Name of Account          Monthly Payment              Total Owed on This Acct.

26   _____ $_____ $_____

27   _____ $_____ $_____

28   _____ $_____ $_____ 9.  Do

1  you have any other debts?  (List current obligations, indicating amounts and to whom they are

2  payable.  Do not include account numbers.)

3  _____

4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes ____  No _✗_

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____

10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court

12 the initial partial filing fee and all installment payments required by the court.

13      I declare under the penalty of perjury that the foregoing is true and correct and

14 understand that a false statement herein may result in the dismissal of my claims.

15

16  1-15/08

17    DATE                              SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1

2                                                          Case Number: _____

3

4

5

6

7

8

9                           **CERTIFICATE OF FUNDS**

10                                    **IN**

11                          **PRISONER'S ACCOUNT**

12

13          I certify that attached hereto is a true and correct copy of the prisoner's trust account

14   statement showing transactions of _Marc E. O'Dell_____ for the last six months
                                          F-06395
15   at

16                                          [prisoner name]

17   _SAN QUENTIN STATE PRISON_____    where (s)he is confined.

18          [name of institution]

19          I further certify that the average deposits each month to this prisoner's account for the

20   most recent 6-month period were $ _22.65_ and the average balance in the prisoner's

21   account each month for the most recent 6-month period was $_22.65__ .

22

23   Dated: 1/10/08                          [signature]

24                                          [Authorized officer of the institution]

25

26

27

28

                                          - 5 -

```
REPORT ID: TS3030 .701                                    REPORT DATE: 01
                                                          PAGE NO:
```

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**SAN QUENTIN PRISON**
**INMATE TRUST ACCOUNTING SYSTEM**
**INMATE TRUST ACCOUNT STATEMENT**

**FOR THE PERIOD: JUL. 10, 2007 THRU JAN. 10, 2008**

```
ACCOUNT NUMBER : F06395                  BED/CELL NUMBER: H 05000000000
ACCOUNT NAME   : ODELL, MARC EVAN              ACCOUNT TYPE: I
PRIVILEGE GROUP: A
```

**TRUST ACCOUNT ACTIVITY**

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BAL |
|---|---|---|---|---|---|---|---|
| 07/10/2007 | | BEGINNING BALANCE | | | | | |
| 07/11 | W516 | LEGAL COPY CH | 0111/LCOPY | | | 0.30 | |
| 07/16 | FR01 | CANTEEN RETUR | 700176 | | | 1.61- | |
| 07/16 | FC01 | DRAW-FAC 1 | 0186/M1ST | | | 1.61 | |
| 07/18 | W516 | LEGAL COPY CH | 0235LCOPY | | | 0.70 | |
| 07/23 | FC02 | DRAW-FAC 2 | 0331 H3RD | | | 21.25 | |
| 07/23 | FR01 | CANTEEN RETUR | 700336 | | | 1.61- | |
| 08/02 *V050 | | INMATE-PAYROL | 700494 | | 20.25 | | |
| 08/20 | FC02 | DRAW-FAC 2 | 0708HUNIT3 | | | 20.25 | |
| 09/10 *VD50 | | INMATE-PAYROL | 0943/AUG07 | | 22.82 | | |
| 09/11 *W516 | | LEGAL COPY CH | 0974LPOST | | | 0.40 | |
| 09/11 | W516 | LEGAL COPY CH | 0974LPOST | | | 1.10 | |
| 09/17 | W516 | LEGAL COPY CH | 1098LCOPY | | | 0.30 | |
| 09/17 | W516 | LEGAL COPY CH | 1098LCOPY | | | 0.20 | |
| 09/17 | W516 | LEGAL COPY CH | 1098LCOPY | | | 0.20 | |
| 09/17 | W516 | LEGAL COPY CH | 1098LCOPY | | | 0.40 | |
| 09/17 | W516 | LEGAL COPY CH | 1098LCOPY | | | 0.10 | |
| 09/17 | W536 | COPAY CHARGE | 1099/COPAY | | | 5.00 | |
| 09/24 | FR01 | CANTEEN RETUR | 701182 | | | 0.40- | |
| 09/24 | FC02 | DRAW-FAC 2 | 1184HUNIT3 | | | 15.52 | |
| 10/09 *VD50 | | INMATE-PAYROL | 701375 | | 23.81 | | |
| 10/19 | W536 | COPAY CHARGE | 1588/COPAY | | | 5.00 | |
| 10/22 | FC02 | DRAW-FAC 2 | 1600/H 3RD | | | 18.81 | |
| 11/08 *V050 | | INMATE-PAYROL | 701878 | | 28.70 | | |
| 11/09 | W449 | DONATION-ARTS | 1910FDSALE | | | 10.00 | |
| 11/13 | FR01 | CANTEEN RETUR | 701934 | | | 4.96- | |
| 12/04 *VD50 | | INMATE-PAYROL | 702191 | | 19.58 | | |
| 12/18 | W440 | DONATION-SQUI | 2422FMV/K | | | 26.00 | |
| 12/24 | FC02 | DRAW-FAC 2 | 2534/H3RD | | | 17.24 | |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/03 *VD50 | | INMATE-PAYROL | 702608 | | 20.77 | | |

**\* RESTITUTION ACCOUNT ACTIVITY**

```
DATE SENTENCED: 11/07/05                    CASE NUMBER: CM01816
COUNTY CODE: BUT                            FINE AMOUNT: $    4,8
```

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BAL |
|---|---|---|---|---|
| 07/10/2007 | | BEGINNING BALANCE | | 4,5 |

January 7, 2008


Larry Ward

Senior Accounting Officer

Sir:

I have sought in vain to get my correctional counselor to have

the attached form processed. I need this form processed and

a six month trust statement.



Thank you



Mark E. ODell

'08
1

4

4
5
4
4
1
0
5
0
2
2
2
2
2
2
2
2
2
0
1
1
0
0
0
2
4
4
0

7

0

6

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 1/10/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

