FILED

~~RECEIVED~~

JUL 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARC E. O'DELL
CDC NO. F-06395
S.Q.S.P.
SAN QUENTIN CA. 94964

CLERK FOR THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
P.O.BOX 36060 SAN FRANCISCO CA. 94102

RE: EXTENTION OF TIME-CASE NO. C 08-0756 CRB (PR)

SIR/MS; THERE IS ALOT OF CONSTRUCTION GOING ON HERE, AND THE
ADMINISTRATION OFFICE HERE CLOSES THE LIBRARY VERY OFTEN, WHICH
HAS KEPT ME FROM EVERYTHING THAT I AM ATTEMPING TO FINISH LEGALLY.

FUTHER, SEE ATTACHMENTS OF MY 602'S THAT WILL EXPLAIN ALL OF
MY FRUSTRATIONS WITH THIS SYSTEM, SPECIALLY MY 602 DATED 05/30/08,
PAGE THREE, 'LEGAL & REGULAR LIBRARY PROCEDURES', WHICH IS TOTALLY
ILLEGAL AND AGAINST MY 'DUE PROCESS OF LAW' RIGHTS. ALSO, SEE 602
DATED 08/17/07, PAGE THREE, 'PASS SYSTEM', AGAIN A VIOLATION OF MY
'DUE PROCESS OF LAW' RIGHTS.

SINCE WRITING MY LAST 602, THE FOLLOWING ARE THE DAYS THAT THIS
LIBRARY HAS BEEN CLOSED: ON JUNE 24, 25 CLOSED BECAUSE OF SMOKE IN
THE AIR. ON JUNE 30 CLOSED BECAUSE OF NO FREE STAFF TO OPEN LIBRARY
WITHOUT WORKING A TRIPLE SHIFT. ON JULY 1 CLOSED (NO REASON GIVEN).
ON JULY 3 CLOSED (NO REASON GIVEN). FROM JULY 3 TO 7 CLOSED BECAUSE
OF LOCK DOWN OF ALL WHITE INMTES IN H-UNIT WHERE I LIVE. ON JULY 15
CLOSED BECAUSE OFFICER IN DORM DID NOT CALL FOR THE SIGN UP LIST,
WHICH IS PART OF 'LEGAL & REGULAR LIBRARY PROCEDURES', THAT MAKES
IT IMPOSSIBLE FOR 90% OF ALL INMATES TO HAVE ACCESS TO SAID LIBRARY,
BECAUSE ONLY INMATES WITH PROOF OF A COURT DATE FOR FILING MOTIONS
ARE EVEN ALLOWED TO GO TO THE LIBRARY, ON ANY DAY. ON JULY 19, BE-
CAUSE OF CONSTRUCTION, THE POWER WAS TURNED OFF, AND FOR SOME REASON
THE LIBRARY WAS CLOSED IN THE EVENING. ON JULY 22 CLOSED, BECAUSE
OF NO FREE STAFF TO KEEP IT OPEN WITHOUT WORKING A THIRD SHIF.

SIR.MS, FOR THE ABOVE REASONS, WHICH IS JUST PART OF THE TIMES
THAT THIS LIBRARY WAS CLOSED, I REQUEST AT LEAST A 60 DAY CONTINUANCE
TO PUT MY LEGAL MATTERS IN ORDER.

DATED;JULY 23, 2008

ALWAYS,

MARC E. O'DELL

# DECLARATION OF SERVICE BY MAIL

I, __RANDY MALUENDA_____ , the undersigned, declare:
    Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is:

CDC No.__C-12906_____        Housing __2-N-25 U_____

San Quentin State Prison

San Quentin, CA 94974

On ____JULY 23_____, __2008__ , I served the following document(s):
    Month/Day      Year

ONE PAGE LETTER TO CLERK FOR THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA FROM MARC E. O'DELL,
REQUESTING AN EXTENTION OF TIME IN CASE NO. C 08-0756 CRB (PR).

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

CLREK FOR THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT
OF CALIFORNIA, 450 GOLDEN GATE AVENUE, P.O. BOX 36060, SAN FRANCISCO
CALIFORNIA, 94102

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this __23__ day of __JULY_____, __2008____, at San Quentin, CA, County of Marin.

_____
            Signature of declarant

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| Location:   Institution/Parole Region | Log No. | Category |
|---|---|---|
| 1. _____ 5Q _____ | 1. 07.3804 | 10 |
| 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME      O'DELL, MARC | NUMBER   P-06395 | ASSIGNMENT   FURNISHER ASSEMBLING | UNIT/ROOM NUMBER   5-H-59L |
|---|---|---|---|

A. Describe Problem: TODAYS DATE IS 09-07-2007, AND I STILL HAVE NOT RECEIVED A REPLY TO THE 602

I SENT TO THE APPEALS COORNINATOR OFFICE ON OR ABOUT 08-09-2007, CONCERNING THE CALIFORNI

CODE OF REGULATIONS TITLE-15, SECTION 3165 (a0, (b), (c), (d) BEING WITHELD FROM ME. THE

AFORE MENTIONED BEING RELATED TO MY RIGHT TO HAVE ACCESS TO THE SAN QUENTIN LAW LIBRARY,

AND TO NOT BE ISSUED A LIBRARY PASS OR BE ON A LIBRARY LIST. THE ABOVE 602 HAD AN ATTACH-

MENT A-1. ATTACHED TO IT, AND A FOOTNOTE OUTLINE OF THREE CASE LAW 1.) UNITED STATES V.

NIXON, 2.) ATKINS V. RIVERA, AND CALDWELL V. MILLER. I request a log number and I

request it to be written on this form, nor of my 602's have my requested log

If you need more space, attach one additional sheet. numbers written on the forms, so I do not know which is whi

B. Action Requested: THAT THE ABOVE 602 BE HEARD IN A TIMELY FASHION AND THE RULES TO THE LAW

LIBRARY BE AJUSTED TO INMATES ON MAIN LINE AS IT IS IN THE REST OF SAN QUENTIN STATE

PRISON.

Inmate/Parolee Signature: _____    SEP 1 3 REC'D    Date Submitted: 04 - 07 - 07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Bypass

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Bypass

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

First Level    ☒ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: __SEP 13 2007__ Due Date: __OCT 26 2007__

Interviewed by: _INMATE O'DELL WAS INTERVIEWED ON SEPTEMBER 24, 2007, And EFFECTIVE_
_COMMUNICATION WAS ETABLISHED, INMATE O'DELL'S INMATE APPEAL WAS ADdRESSED IN_
_A TIMELY MANNER And the policy Regarding the LAW LiBRARY USE By HUNIT INMATES_
_HAVE Been Re-ADJUSTED To Conform WITH NoRTH Block (MAINLINE) GENERAL PoPULATION._
_THE LegAl LAW LiBRARY STAFF NiLL ConTRol the NUMBER oF MAINline INMATES TAhT_
_Will Be Allowed to UTILIZE the LAW LIBRARY, INMATE O'DELL indicATed He_
_WAS SATISFied with This Respond And Had No other ConCERNS._

Staff Signature: _____ Title: __L._____ Date Completed: _9/24/07_
Division Head Approved: _____
Signature: _____ Williams _____ Title: __RN(A.)__ Date to Inmate: _9/28/07_

SEP 25 RECD

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____
_____
_____
_____

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____
_____
_____
_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| Location: Institution/Parole Region | Log No. | Category |
|---|---|---|
| 1. —————— | 1 —————— | :|̇D |
| 2. —————— | 2 —————— | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| O'DELL, MARC | F-06395 | P.I.A. FURNISHER ASSEMBLER | 5-H-59L |

A. Describe Problem: ON OR ABOUT OCT. 01, 2007 THE SAN QUENTIN PRISON LIBRARY AND LAW LIBRARY CLOSED AND MOVED TO A BUILDING HALF ITS ORIGINAL SIZE, IT WAS CLOSED APPROXIATELY ONE MONTH. SAID LIBRARY EMPLOYEE JOHN DANENBURG, IN THE THE MONTH PRIOR TO ITS CLOSING, WAS TOLD THAT SAID LIBRARY WAS GOING TO CLOSE IN THAT MONTH, AND HE TOLD INMATES OF THE DATE, WHICH WAS POSTPONED. THIS POSTPONEMENT CAUSED SAN QUENTIN 13 WALL GATE OFFICERS AND MYSELF TO BE CONFUSED ON WHEN SAID LIBRARY WAS OPENED IN THE MONTH OF SEPT. 2007. THEREFORE, SAID PRISON H-UNIT HAD LITTLE ACCESS TO THE LIBRARY IN THIS MONTH. THIS CAUSED ME TO MISS A DEADLINE TO FILE A LATE TORT CLAIM FORM REQUEST WITH BUTTE COUNTY TO EXHAUST MY STATE REMENDIES.

If you need more space, attach one additional sheet.                                    SEE ATTACHMENT A-1.

B. Action Requested: H-UNIT AND RANCH INMATES BE ALLOWED THE SAME LIBRARY ACCESS AS MAIN LINE INMATES, AND THAT NO PASS SYSTEM BE PLACED ON H-UNIT INMATES AS A RESTRICTION. FUTHER, THAT THE LIBRARY BE OPENED ITS FULL ALLOTTED AMOUNT OF TIME, AND THAT A BUILDING BE FOUND TO ACCOMADATE OVERCROWDING OF PRISON AND UPHOLD U.S. FOURTHTEENTH ADMENDMENT RIGHTS OF INMATES.

Inmate/Parolee Signature: _____    JUN 0 3 REC'D  Date Submitted: 05/30/08

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

I am dissatisfied that informal level was not responded to for the reason
of excessive attachments, because inmates access to a law library is a serious
matter that should be addressed, and all attachments in this appeal are relate
to this appeals subject matter of denied access to said law library. See attachment

Signature: _____    Date Submitted: 06/26/2008
Note: Property/Funds appeals must be accompanied by a completed                          CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

| |
|---|
| |

ATTACHMENT A-1.:

THE ABOVE VIOLATIONS OF H-UNIT ADMINASTRATIVE LIBRARY ORDERS HAVE BEEN OPERATING IN
SAID H-UNIT SINCE I ARRIVED FEB. 10, 2005 UNTIL NOW.

FURTHER VIOLATION ARE: 13 WALL GATE MEMO MAY 2008, STATES THAT H-UNIT INMATES, TO
HAVE ACCESS TO LIBRARY, NEED TO SIGN FOR A 'PASS' AT 945 HOURS, PICK UP 'PASS' AT 1245
HOURS, AND LEAVE AT 1300 HOURS TO LIBRARY.   A LIBRARY THAT OPENS AT 1230 HOURS TO
MAIN LINE INMATES WHO DO NOT NEED A "PASS".

FURTHER VIOLATION: ON OR ABOUT APRIL 01, 2008 SAID ADMINASTRATION OFFICE DEMANDED
THAT ALL H-UNIT INMATES SIGN A "LIST" IN THEIR DORM TO HAVE ACCESS TO LIBRARY, AND
"ONLY FOUR INMATES PER DAY CAN HAVE ACCESS TO SIGN LIST".

FURTHER VIOLATION": SIGN POSTED IN 13 WALL GATE WINDOW THAT STATES, AND I QUOTE,
' NO LIBRARY ON WEEKEND 620 H-UNIT', END QUOTE. THIS RESTRICTS ALL INMATES WHO WORK
DURING THE WEEK FOR ACCESS OF LIBRARY.

FURTHER VIOLATION: ON OR ABOUT MAY 20, 2008 SAID LIBRARY CLOSED UNTIL MAY 29, 2008
SO A BUILDING AND ITS FOUNDATION COULD BE ERECTED NEXT TO SAID LIBRARY, BUT THERE WAS
NOT A GOOD REASON TO CLOSE SAID LIBRARY, BECAUSE A FENCE WAS ERRECTED TO BLOCK ACCESS
TO THE WORKERS SITE, WHICH LIBRARY EMPLOYEES USED TO GO TO THE LIBRARY DURING ITS SAID
CLOSING. THIS PLACED ME NINE DAYS BEHIND IN FILING . MOTIONS, RESEARCH OF LAW, LETTER
TO COURT, 602 APPEAL PROCESS ETC.

FURTHER, IN PLATA VS. SCHWARZENEGGER THE SAID OVERCROWDING ISSUE IS ADDRESSED, AND
THIS APPEAL contends   THAT THE ABOVE CASE SHOULD INCLUDE THIS PRISON OVERCROWDING
PERTAINING TO THE SIZE OF IT'S LIBRARY AND LAW LIBRARY AND THE SUPPLIES IT IS GIVEN,
IN THE FORM OF LAW BOOKS, AND MATERIALS TO CONDUCT LAW RESEARCH AND WRITE MOTIONS TO
THE CALIFORNIA COURTS TO APPEAL INMATES CASES ON APPEAL.

LASTLY, APPEALLANT REALIZES THAT THE ABOVE PROBLEMS ARE BECAUSE SOME INMATES WHO
ARE SAPPOSE TO PASS THROUGH SAID 13 WALL GATE TO GO TO SCHOOL, ARE NOT GOING TO SCHOOL,
BUT INSTEAD GOING TO THE LIBRARY AND OVERCROWDING THE LIBRARY, KEEPING INMATES WITH
APPEALS IN PROGRESS FROM DOING LEGAL WORK. APPEALLANT SUBMITS THAT THE ABOVE IS NOT A
SOLUTION TO THE PROBLEM, BUT WHAT IS A SOLUTION IS: TO LET ALL INMATES GO TO THEIR
ASIGNED DESTINATIONS, AND SINCE 13 WALL GATE HAS A LIST CHECKED OFF  OF THE INMATES
THAT ARE DUCATED TO GO TO SCHOOL, ALL THE OFFICER HAS TO DO IS WAIT THIRTY MINUTES,
AND CALL THE SCHOOL TO SEE WHICH INMATES I.D. ARE AT THE SCHOOL FRONT DESK, AND
WRITE 115 OR 128 ON INMATES WHO DID NOT SHOW UP AT THE SCHOOL, AND WORD WILL GET
AROUND THAT 115 ARE BEING WRITTEN IF THEY DO NOT GO TO SCHOOL. END OF CHAOS, AND THE
END OF VIOLATING ALL INMATES RIGHTS, NAMELY: CALIFORNIA CODE OF REGULATION TITLE 15
SECTION 3165 (a.),(b.),(c.) and (d.) ALONG WITH THE UNITED STATES CONSTITUTION
FOURTHTEENTH ADMENDMENT "DUE PROCESS OF LAW" RIGHTS. ALSO SEE: PLATA VS. SCHWARZENEGGER
FOR OVERCROWDING ISSUES. FURTHER SEE: ATTACHMENTS B-1. AND C-1, which APPEALS COORDINATOR
OFFICE RECEIVED ON AUG 22, 2001 AND REFUSED TO RESPOND AT INFORMAL LEVEL AND ASIGN A
LOG NUMBER.

## LEGAL & REGULAR LIBRARY PROCEDURES

## EFFECTIVE DATE: JUNE 02, 2008

| DORM # | WEEK DAY |
|--------|----------|
| Dorm #1 | ** Monday |
| Dorm #2 | Tuesday |
| Dorm #3 | Wednesday |
| Dorm #4 | Thursday |
| Dorm #5 | Friday |
| OPEN-LINE | Saturday |
| ** Monday holidays are to be determined | |

Library sign up will be taken at **9:45** hours **Monday** through **Friday**, on a first come, first serve basis. Give your I.D. Card to the 13-Wall Gate Officer and wait along the fence besides Dorm #4. You may start to line up between **9:15 to 9:45**. **Once you are in line, do not leave.** If you do leave, pick up your I.D. Card from the gate officer. **\*Dorm #1 must sign up only with your Dorm #1 Officer on Mondays at 9:45.**

1) **If** the gate officer does **not** have your I.D. in advance, you will **not** be allowed to sign up until last.

2) **No** holding spaces for other inmates.

3) **No** visiting from others not signing up.

4) **No** cutting in line will be permitted. If you do cut, you will lose library for the day.

5) You **must** be dressed in **State Blues**, (shirt & pants), and have **your I.D. Card** with you to sign up for the library

6) Come back to the 13 Wall Gate at **12:45** to go to the library.

7) Inmates will be randomly escorted directly to the law library, at the discretion of custody staff.

8) Only **15 inmates maximum** on each day (combined Legal & Regular). The occupancy level is determined by the State Fire Marshal.

**Note:**
If you have to use the Legal Law Library because you have an assigned legal deadline date, you must utilized the library during the 6:20 movement (evenings), or on the assigned day for your dorm.

J. CURZON
Associate Warden

D. BARAJLAY

4

D. DORSEY
Facility Captain (A)

S. BURT
Correctional Officer

R. ESCALERA
Program Lieutenant

1  Attachment D-1.; and have continued since the signing date
2  of this appeal, 05-30-08, and from appellant's signing date
3  of said appeals 'Formal Level', 06-26-08, appellant has
4  not been allowed one minuet in said library by order given
5  by H-unit administration and A. W. Curzon. Reasons
6  said order were given are as follows:
7  1.) On 06-18-08, 'one' intoxicated indian man and 'one intoxicated
8  white man fought. H-unit administration officer ordered
9  modified program for 'all' H-unit indian and white inmates.
10  2.) On 06-20-08, on or about 1400 hours, 'two' black men fought
11  in H-unit dorm 3, said administration ordered modified program
12  for 'all' H-unit 'indian, white and black' inmates.
13  3.) On 06-23-08 all H-unit on modified program were released
14  and canteen began, until 1345 hours, when 'two' black men
15  fought in H-unit dorm 2, said administration ordered
16  modified program for 'all' indian, white and black inmates.
17  On none of the above dates were H-unit 'Asian' inmates
18  included in said modified programs, and on all of above
19  dates H-unit library and law library access privledges
20  were canceled.
21  4.) On 06-24-08 and 06-25-08, said administration officer
22  canceled 'all' library privledges to 'all' H-unit inmates.
23  reason given, 'construction on the upper yard', even though
24  said library remained open to north block inmates.
25  5.) On 06-26-08 at 940 hours, just five minuets before
26  H-unit 945 hours, 'illegal' library "pass" system sign-up
27  time, said administration officer ordered modified
28  program for 'all' H-unit inmates, reason given, 'Air quality',
   even though north block inmates upper yard and library remained
   open.
   This is further proof of said administration violating said
   rights of appellant library privledges and freedom of
   movement within Prison system and attend programs.

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region _____  Log No. _____  Category  10

1. _____   1. _____
2. _____   2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| O'Dell, Marc | F-06395 | Furnisher Assembling | 5-H-76U |

A. Describe Problem: California Code of Regulations Title-15, Section 3165(a),(b),(c),(d), and the Unites States of America Constitutional Law governing Prisoners access to legal materials while on alleal of their case. In the following text abbreviations will be as follow; Lt. for lieutenant, Capt. for Captain, Serg. for Sergeant, C.O. for Correctional Officer, See F-1. for See Footnote 1., L.L. for San Quentin State Prison Law Library, 13 WG for San Quentin State Prison 13 Wall Gate and Mac Shack for San Quentin State Prison Mac Shack.

The following witholds my access to L.L.; The LIBRARY PROCEDURES directive memorandum, that states, the days H-Unit Dorms will go to L.L. or Library are: DORM-1 MONDAY, DORM-2

If you need more space, attach one additional sheet.                    SEE ATTACHMENT A1:

B. Action Requested: All privledges outlined in memorandum, log no. sq 07-02245 to be followed for H-Unit inmates. Futher, the pass system to used for lock down, along with the p.l.u. list, Also, that H-unit inmates to be allowed to go to library Monday throu Friday and Sat. at opening time, and C.O. Jackson to be reasigned for threatening behavior to inmates.

Inmate/Parolee Signature: _____                    Date Submitted: 08-13-2007

AUG 2 2 REC'D

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____                    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____                    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim                    CDC Appeal Number:

ATT 6-2

ATTACHMENT A1; TUESDAY, DORM-3 WENSDAY, DORM-4 THURSDAY, DORM-5 FRIDAY, OPEN LINE SATUR
L.L. pass sign up Monday throu Friday at 945 am, pick up L.L. pass at 1245 pm. This is in
violation of SEE F-1. Futher violations are found in the PRIORITY LEGAL USE LIST, which wa
sappose to be used only during a modified program or lock down situation, which only 13WG
has used for two years for H-Unit inmates only to have any kind of access to L.L., SEE F-1.

On or about 02-10-2007 to the present date of 08-17-2007, at least 15 times 13 WG has
used the excuse that the L.L. did not send them the PRIORITY LEGAL USE LIST AND CANCELLED
ALL INMATES IN H-Unit access to L.L. in violation of: SEE F-1.

Futher on 07-27-2007 13 WG C.O. Trujoit at 1200 hours refused to give to me a L.L.pass,
stating, 'you were not here at 945 to sign up for it'. This is in violation of: SEE F-1.

ON 08-10-2007 at 1200 hours at 13 WG C.O. Aragon refused to give me a L.L. pass, stating,
'you were not here at 945 to sign up for it'. I went through 13 WG to speak to C.O. Jackson
at the Mac Shack to ask him if I needed a L.L. pass, I was with inmate Darrel Goldstein. C.O.
Jackson said, 'Yes yo do, and you also need to be on the P.L.U. list'. Mr. Goldstein said,
he would go to the library and get a copy of the P.L.U. list , which he did, and gave it to
C.O. Jackson, who after holding it in front of my face said, 'as long as the person in the
top right hand corner signs it (signed Charllye) I will not recognize it', he then tore it
in half and threw it in the trash, and told me to leave. I then spoke to Capt. William about
C.O. Aragon and C.O. Jackson statements in front of Serg. Lee, the result being that Capt.
Williams ordered Serg. Lee to tell 13 WG to give to me said pass. He then read from a report
on hid desk that said,'L.L. passes and P.L.U. list are to be used only during a lock down
as emergency only'. If an inmate is on MAIN LINE then they have a right to go to the library
why is that so hard to understand. Serg. Lee got me the pass, and I relayed what Capt. Willi
said to Serg. Lee and myself. C.O. Jackson said, 'you go back and tell Capt. Williams to cal
me, I've been using the pass system for two years and its not gonna stop'. I relayed this
statement to Capt. Williams, and he said that he would be calling C.O. Jackson. At this time
it was to late to go to the L.L. so I went back to my dorm. This is in violation of: SEE F-1

On 08-11-2007, still demanded said pass at 13 WG, and Mac Shack. On 08-15-2007 at 620pm,
C.O. Welsh made all H-unit inmates wait until 650pm to sign up for L.L. pass. On 08-07-2007
C.O. Welsh again was not delivered L.L. list so he cancelled all L.L. privileges. On 08-17-
2007 C.O. Aragon refused to give me a L.L. pass at 1100 hours. Serg. Marenio called 13 WG
to tell them to give mr said pass, C.O. Aragon demanded to see a memo. I gave him the memo
that Serg. Marenio gave to me, and he said it made no sense, and refused me said pass. I we
to the Mac Shack and spoke to C.O. Jackson, and asked him if I needed a pass, and he said
and if you try to sneak pass here again I will slap you. get out of here. I mentioned this
Capt. Williams. Again I did not go to the L.L. This is in violation of: SEE F-1.

FOOTNOTE 1. :  An administrative regulation has the force of law, and is binding on th
issuing agency. United States v. Nixon, (1974) 418 U.S. 683, 695-696 (94 L. Ed 2nd 131);
Atkins v. Rivera, (1986) 744 U.S. 154 (106 S. Ct. 2456; 91 L. Ed. 2nd 131) An inmate has

ATT G-2

State of California

Department of Corrections and Rehabilitation
San Quentin State Prison



M e m o r a n d u m

Date      : July 25, 2007

To        : ALL H-UNIT INMATES

From      : California State Prison, San Quentin CA 94964

Subject : 3RD WATCH LAW LIBRARY ACCESS PROCEDURE

I would like to make you aware of the procedure for inmates not on the Priority Legal User, for accessing the law library on 3rd watch.

Inmates wishing to use the law library on 3rd watch for none priority matters will report to 13 wall gate. They will be issued a law library pass by the 13 wall gate officer which will allow them to go to the law library. The 13 wall gate officer will notify custody staff on the upper yard and law library staff of the inmates that are going to the law library. Failure to report to the law library will result in a CDC-115.

K. J. Williams
Correctional Captain
Outside Facilities Unit

A가 6-2

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date:    August 16, 2007

To:      INMATE, Haskin, B96040
         California State Prison, San Quentin

Subject: FIRST LEVEL APPEAL RESPONSE
         LOG NO.: SQ 07- 02245

APPEAL ISSUE:  Access to Main Law Library by H Unit inmates.

ISSUE:

The Main Law Library is open to Main Line inmates (Priority Legal Users and otherwise)
during normal Main Line operational hours and as institutional program allows.

D. Sheldon, Vice Principal, interviewed you concerning this appeal on August 16, 2007.
Ms. Sheldon explained to you that the Main Law Library is open to H Unit inmates
during normal Main Line operational hours and as institutional program allows.  (See
attached).

DECISION:

Based on the above review, appellant's appeal is **granted.**

*If you are dissatisfied with this decision, you may appeal to the next level by following the
instructions on your appeal form.*

D. Sheldon
Vice Principal

Marc E. Odell
CDC No. F-06385
S.Q.S.P.
San Quentin, CA, 94464

Clerk for the United States District Court
of the Northern District of California
450 Golden Gate Avenue
P.O. Box 36060
San Francisco California

94102





% G. BRENDMOEN 7/24/08