1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   MARK E ODELL,                              No. C 08-0756 CRB (PR)
11            Plaintiff,                        ORDER
12      v.
13   COUNTY OF BUTTE,
14            Defendant(s).                 /
15
16      Good cause appearing, plaintiff's request for an extension of time to file an amended
17   complaint is GRANTED in part.  Plaintiff shall file an amended complaint by no later than
18   September 5, 2008.
19      No further extensions of time will be granted.
20      The clerk shall terminate the motion in docket number 5.
21   SO ORDERED.
22
23   DATED:  August 4, 2008
                                              CHARLES R. BREYER
24                                            United States District Judge

G:\PRO-SE\CRB\CR.08\Odell, M1.eot.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARK E ODELL,

        Plaintiff,

  v.

COUNTY OF BUTTE et al,

        Defendant.

Case Number: CV08-00756 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark Evan Odell F-06395
CDCR San Quentin State Prison
San Quentin, CA 94964

Dated: August 4, 2008

                                        Richard W. Wieking, Clerk
                                        By: Barbara Espinoza, Deputy Clerk