1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

2

3  Name O'DELL          MARC          E.

4       (Last)         (First)        (Initial)       **RECEIVED**

5  Prisoner Number F-06395                          AUG 21 2008

6  Institutional Address SAN QUENTIN STATE PRISON
                                                    RICHARD W. WIEKING
7                                                   CLERK, U.S. DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA
8

9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA

   MARC EVAN O'DELL                    )
11 _____      )
   (Enter the full name of plaintiff in this action.)  )
12                    vs.              )    Case No. C 08-0756 (PR) CRB
                                       )    (To be provided by the clerk of court)
13 BUTTE COUNTY SHERIFFS DEPT.         )
                                       )    **COMPLAINT UNDER THE
14 NAPA STATE HOSPITAL et., al )            CIVIL RIGHTS ACT,
                                       )    42 U.S.C §§ 1983**
15 _____      )
                                       )
16 _____      )
   (Enter the full name of the defendant(s) in this action))
17                                     )

18 *[All questions on this complaint form must be answered in order for your action to proceed..]*

19 I.    Exhaustion of Administrative Remedies

20      [**Note:** You must exhaust your administrative remedies before your claim can go

21      forward. The court will dismiss any unexhausted claims.]

22      A.    Place of present confinement SAN QUENTIN STATE PRISON

23      B.    Is there a grievance procedure in this institution?

24            YES ( )     NO ( )

25      C.    Did you present the facts in your complaint for review through the grievance

26            procedure?

27            YES( )     NO ( )

28      D.    If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                        - 1 -

1    appeal at each level of review. If you did not pursue a certain level of appeal,

2    explain why.

3    1. Informal appeal _____

4    _____

5    _____2. First

6    formal level_____

7    _____

8    _____

9    3. Second formal level_____

10   _____

11   _____4 Third

12   formal level _____

13   _____

14   _____

15   E.    Is the last level to which you appealed the highest level of appeal available to

16         you?

17              YES ( )    NO ( )

18   F.    If you did not present your claim for review through the grievance procedure,

19   explain why._____

20   _____

21   _____

22   II.    Parties

23   A.    Write your name and your present address. Do the same for additional plaintiffs,

24         if any.

25   _____MARC EVAN O'DELL f-06395_____

26   _____SAN QUENTIN STATE PRISON_____

27   _____SAN QUENTIN CALIFORNIA, 94964_____

28   B.    Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                              - 2 -

1    place of employment.

2    _____

3    _____

4    _____

5    _____

6    _____ III.

7    Statement of Claim

8    State here as briefly as possible the facts of your case. Be sure to describe how each

9    defendant is involved and to include dates, when possible. Do not give any legal arguments or

10   cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

11   separate numbered paragraph.

12   PLEASE SEE ATTACHMENT FIRST AMENDED COMPLAINT DOCUMENTATION

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   IV.    Relief

26   Your complaint cannot go forward unless you request specific relief. State briefly exactly

27   what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28   TEN MILLION DOLLARS PUNITIVE DAMAGES AND EIGHT MILLION DOLLARS FOR

29   COMPENSATORY DAMAGES AND TWO MILLION DOLLARS FOR MALPRACTICE THAT
     RESULTED IN SERIOUS AND IRREPARABLE DAMAGE.
     COMPLAINT                    - 3 -

1

2

3

4

5

6

7    I declare under penalty of perjury that the foregoing is true and correct.

8

9    Signed this AUGUST _____ day of ___20_____, 2008 ____

10

11

12                        (Plaintiff's signature)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                        - 4 -

# AMENDED COMPLAINT OF 42 U.S.C . 1983

# IN THE MATTER OF CASE # C 08 - 0756 (PR)

## MAILED FOR FILING AUGUST 18, 2008
BY:

## MARK EVAN ODELL  / F06395 - Petitioner

v.

## BUTTE COUNTY SHERIFF'S DEPARTMENT,
NAPA STATE HOSPITAL - et., al. - Respondents

**First Amended 42 U.S.C. 1983 Complaint**
on behalf of
MARK EVAN ODELL - PLAINTIFF

v.

**Butte County Sheriff's Department, Napa State Hospital, and    the Custodial, Treatment and Medical Staff of each entity mentioned as Defendants in this complaint by individual name, or descriptively referred to by the pseudonym 'et., al'.**

**United States District Court for the Northern District of California
Case Number C 08 - 0756 (PR)**

### OVERVIEW

The Plaintiff petitioned the court against the Defendants who are employed by Butte County's Sheriffs Department and Employees of Napa State Hospital, who knowingly deprived the Plaintiff of his Constitutional and Statutory Rights, by willful omissions to act responsibly in their official capacities while under the color of authority.

The Plaintiff maintains that the Defendants of Butte County Sheriff's Department and Napa State Hospital, failed to provide him with adequately nutritious meals, and that  the meals he was given as a diet caused him to suffer severe weight loss, and additional health problems. Further, that medication that was "*forcibly*" administered to him was against a Court Ordered Cease and Desist decided on September 1, 2003 by the U.S. Supreme Courts Ruling under Probate Codes §4650 and §4657. In addition, the Plaintiff contends that additional medication(s) [such as Zyprexia and Olanzapinc] that he was given, acted adversely and in opposition to medication he was taking for Hepatitis –C. In addition, that hospital staff should not only have been aware of this conflict caused by the combination of medications prescribed and forcefully administered; but should have as well exercised professional judgment before conducting the "forced dosing". This constitutes Professional Malpractice, and a flagrant display of indifference to the Plaintiffs' serious medical needs. Further, that these impermissible actions by the Defendants are in direct violation of Probate Codes §4650 and §4657, and California's Code of Regulations under Title 9 Sections: 880, and 883 A thru K. Also, California's Code of Regulations under Title 9 Section 884 §9 and §10.

The Plaintiff named these defendants in his initial complaint, but claims against both entities where dismissed with leave to amend, as the plaintiff failed to adequately divulge liabilities against them. The Plaintiff hopes to amend the complaint to demonstrate such liabilities *with this filing*. This will be the first amended complaint being submitted to the court regarding this matter.

1

2

3

4

5

6

7

8         **UNITED STATES DISTRICT COURT**
9         **NORTHERN DISTRICT OF CALIFORNIA**

10

11    MARC EVAN O'DELL    Plaintiff,          )     CASE NO. C 08-0756 (PR)
                                              )
12                vs.                         )     **PRISONER'S**
      BUTTE COUNTY SHERIFFS DEPARTMENT,       )     **APPLICATION TO PROCEED**
13    NAPA STATE HOSPITAL et., al.            )     **IN FORMA PAUPERIS**
                                              )
14                          Defendant.        )
                                              )
15

16         I, MARC EVAN O'DELL    , declare, under penalty of perjury that I am the

17    plaintiff in the above entitled case and that the information I offer throughout this application

18    is true and correct. I offer this application in support of my request to proceed without being

19    required to prepay the full amount of fees, costs or give security. I state that because of my

20    poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21    entitled to relief.

22         In support of this application, I provide the following information:

23    1.    Are you presently employed? Yes ✗  No ____

24    If your answer is "yes," state both your gross and net salary or wages per month, and give the

25    name and address of your employer:

26    Gross: _____ 56.00 _____    Net: ___ 24.00 _____

27    Employer: PRISON INDUSTRY AUTHORITY _____

28    _____

1 | If the answer is "no," state the date of last employment and the amount of the gross and net
2 | salary and wages per month which you received.   (If you are imprisoned, specify the last
3 | place of employment prior to imprisonment.)
4 | _____NA_____
5 | _____NA_____
6 | _____NA_____
7 | 2.       Have you received, within the past twelve (12) months, any money from any of the
8 | following sources:
9 |           a.      Business, Profession or              Yes ____ No ✗
10 |                    self employment
11 |          b.      Income from stocks, bonds,           Yes ____ No ✗
12 |                    or royalties?
13 |          c.      Rent payments?                       Yes ____ No ✗
14 |          d.      Pensions, annuities, or              Yes ____ No ✗
15 |                    life insurance payments?
16 |          e.      Federal or State welfare payments,   Yes ____ No ✗
17 |                    Social Security or other govern-
18 |                    ment source?
19 | If the answer is "yes" to any of the above, describe each source of money and state the amount
20 | received from each.
21 | _____NA_____
22 | _____NA_____
23 | 3.       Are you married?                             Yes ____ No ✗
24 | Spouse's Full Name: ____NA_____
25 | Spouse's Place of Employment: ____NA_____
26 | Spouse's Monthly Salary, Wages or Income:
27 | Gross $ _____NA_____ Net $ _____NA_____
28 | 4.       a.      List amount you contribute to your spouse's support:$ ____NA_____

1           b.      List the persons other than your spouse who are dependent upon you for

2                  support and indicate how much you contribute toward their support.  (NOTE:

3                  For minor children, list only their initials and ages.  DO NOT INCLUDE

4                  THEIR NAMES.).

5                  None

6

7    5.     Do you own or are you buying a home?       Yes ____ No X

8    Estimated Market Value: $ NA ____ Amount of Mortgage: $ NA

9    6.     Do you own an automobile?         Yes ____ No X

10   Make ___ NA ____ Year ___ NA ____ Model ___ NA

11   Is it financed? Yes NA No NA If so, Total due: $ ___ NA

12   Monthly Payment: $ ___ NA

13   7.     Do you have a bank account?  Yes ____ No X (Do not include account numbers.)

14   Name(s) and address(es) of bank: ___ NA

15

16   Present balance(s): $ ____ NA

17   Do you own any cash?  Yes ____ No X  Amount: $ ___ NA

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.)  Yes ____ No X

20

21   8.     What are your monthly expenses?

22   Rent: $ ___ NA ___ Utilities: ___ NA

23   Food: $ ___ NA ___ Clothing: ___ NA

24   Charge Accounts:

25   Name of Account       Monthly Payment       Total Owed on This Acct.

26   ___ NA ___ $ ___ NA ___ $ ___ NA

27   ___ NA ___ $ ___ NA ___ $ ___ NA

28   ___ NA ___ $ ___ NA ___ $ ___ NA ___ 9.  Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are

2 | payable. Do not include account numbers.)

3 | _____ NONE _____

4 | _____

5 | 10.      Does the complaint which you are seeking to file raise claims that have been presented

6 | in other lawsuits?   Yes ____ No X

7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8 | which they were filed.

9 | _____ N A _____

10 | _____ N A _____

11 |      I consent to prison officials withdrawing from my trust account and paying to the court

12 | the initial partial filing fee and all installment payments required by the court.

13 |      I declare under the penalty of perjury that the foregoing is true and correct and

14 | understand that a false statement herein may result in the dismissal of my claims.

15 |

16 | 08-20-2008

17 |      DATE                           SIGNATURE OF APPLICANT

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Case Number: C 08-0756 (PR)

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account

statement showing transactions of _____ — O _____ for the last six months

at

[prisoner name]

San Quentin State Prison ____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the

most recent 6-month period were $ 56.00 and the average balance in the prisoner's

account each month for the most recent 6-month period was $ 24.00 .

Dated: 08-20-2008 _____

[Authorized officer of the institution]

- 5 -

$ 01.34⁰

00 1M
000424282    AUG 20 2008
MAILED FROM ZIP CODE 94964

CLERK OF THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
P.O. BOX 36060
SAN FRANCISCO, CALIFORNIA

94102

Incorp.
8-19-08