IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK E ODELL,

        Plaintiff,

  v.

COUNTY OF BUTTE,

        Defendant(s).

No. C 08-0756 CRB (PR)

ORDER

    Good cause appearing, plaintiff's request for an extension of time to file an amended complaint is GRANTED. Plaintiff shall file an amended complaint by no later than January 30, 2009.

    No further extensions of time will be granted.

    The clerk shall terminate the motion in docket number 9.

SO ORDERED.

DATED: January 8, 2009

                                          CHARLES R. BREYER
                                          United States District Judge

G:\PRO-SE\CRB\CR.08\Odell, M1.eot2.wpd