1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   MARK E. ODELL,                          No. C 08-0756 CRB (PR)

11              Plaintiff,                    ORDER

12      v.

13   COUNTY OF BUTTE,

14              Defendant(s).
                                          /
15   _____

16          Good cause appearing, plaintiff's request for an extension of time to file a third

17   amended complaint is GRANTED.  Plaintiff shall file a third amended complaint by no later

18   than April 24, 2009.  Failure to file a third amended complaint by the designated time will

19   result in the dismissal of this action.  No further extensions of time will be granted.

20          The clerk shall terminate the motion in docket number 14.

21          SO ORDERED.

22
23   Dated:   April 10, 2009
                                          _____
24                                        CHARLES R. BREYER
                                          United States District Judge
25
26
27
28

**United States District Court**
For the Northern District of California

G:\PRO-SE\CRB\CR.08\Odell, M1.eot4.wpd