IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EVAN O'DELL,              )<br>                     Plaintiff(s),    )<br>         vs.                              )<br>JEFFERY ZWERIN, D.O., et al.,   )<br>                     Defendant(s).   )<br>                                            ) | No. C 08-0756 CRB (PR)<br><br>ORDER |

      Plaintiff, a prisoner at San Quentin State Prison, has submitted an unsolicited Fourth Amended Complaint (FAC) for damages under 42 U.S.C. § 1983 alleging improper care by various officials at Napa State Hospital.

      A plaintiff may amend his complaint <u>once</u> as a matter of course at any time before a responsive pleading is served. Fed. R. Civ. P. 15(a). Plaintiff's proposed FAC requires leave of court which, good cause appearing, is GRANTED. The clerk shall file the proposed FAC and an initial screening order on the FAC will issue shortly.

      Plaintiff is advised that the court will not permit the filing of any further amended complaints absent good cause.

SO ORDERED.

DATED: April 29, 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Odell, M1.or1.wpd