IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EVAN O'DELL,<br><br>        Plaintiff(s),<br><br>vs.<br><br>JEFFERY ZWERIN, D.O., et al.,<br><br>        Defendant(s). | No. C 08-0756 CRB (PR)<br><br>ORDER<br><br>(Doc # 19) |

Plaintiff's request for leave to file a Fifth Amended Complaint to add claims against various officials at San Quentin State Prison (SQSP) is DENIED. The instant action will be limited to plaintiff's claims of improper care by officials at Napa State Hospital and the Fourth Amended Complaint will remain the operative complaint in this matter. Plaintiff is free to file a separate action against the officials at SQSP, however.

SO ORDERED.

DATED  May 27, 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Odell, M1.or2.wpd