IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EVAN O'DELL, | ) |
| Plaintiff(s), | ) No. C 08-0756 CRB (PR) |
| vs. | ) ORDER |
| CORA LOZADA, et al., | ) (Docket # 64) |
| Defendant(s). | ) |

    Good cause appearing, plaintiff's request (docket # 64) for an extension of time to file an opposition to defendants' motion for summary judgment is GRANTED IN PART. Plaintiff shall file an opposition by no later than April 20, 2012, and defendants shall file a reply within 15 days thereafter. <u>No further extensions of time will be granted</u>.

SO ORDERED.

DATED: 3/28/12

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Odell, M1.or9.wpd