IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EVAN O'DELL, | ) |
| Plaintiff(s), | ) No. C 08-0756 CRB (PR) |
| vs. | ) ORDER |
| CORA LOZADA, et al., | ) |
| Defendant(s). | ) |

In support of their motion for summary judgment, defendants filed a declaration from Dr. Ali S. Vaziri. In the declaration, Dr. Vaziri states that after reviewing plaintiff's medical and psychiatric records from Napa State Hospital (NSH), it is his opinion that the medical treatment plaintiff received at NSH from October 2003 to October 2004 met the appropriate standard of care.

In order to expedite these proceedings, the court orders that, within seven (7) days of this order, defendants file a copy of plaintiff's medical and psychiatric records from NSH.

SO ORDERED.

DATED: June 1, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Odell, M1.or10.wpd