IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EVAN O'DELL,<br><br>    Plaintiff(s),<br><br>vs.<br><br>CORA LOZADA, et al.,<br><br>    Defendant(s). | No. C 08-0756 CRB (PR)<br><br>ORDER |

In support of their motion for summary judgment, defendants lodged with the court a copy of plaintiff's medical and psychiatric records from Napa State Hospital (NSH). Docket # 74. Plaintiff claims he did not receive a copy.

In order to expedite these proceedings, the clerk is instructed to send plaintiff a copy of the lodged medical and psychiatric records and, by no later than August 17, 2012, plaintiff may file a supplemental opposition to defendants' motion for summary judgment. Defendants must file a reply to any supplemental opposition within 5 days thereafter.

SO ORDERED.

DATED: August 6, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Odell, M1.or11.wpd